**Opinion issued April 27, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00273-CV**

———————————

**IN RE SHADEL HOLDINGS, L.L.C. AND PATIO ONE FURNITURE, L.P.,
Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Shadel Holdings, L.L.C. and Patio One Furniture, L.P., filed a petition for writ of mandamus challenging the trial court's February 27, 2023 order denying their "Motion to Transfer and Consolidate."[1]  In their mandamus petition, relators allege that the trial court "commit[ted] a clear abuse of discretion – from

---

[1] The underlying case is *Ashly Fine Rugs, L.L.C. v. Shadel Holdings, L.L.C. and Patio One Furniture, L.P.*, Cause No. 2019-82286, in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding.

which [r]elators have no adequate remedy by appeal – when it denied [r]elator's Motion to Transfer and Consolidate the subject lawsuits that arise from the same events and implicate the same alleged damage to the same property."

We deny relators' petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.